**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Evaristo Rojas GUZMAN, also known
as Guerro, Defendant–Appellant.**

**No. 12–20350
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 13, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

---

1. *See Manning v. Chevron Chem. Co.*, 332 F.3d 874, 881–82 (5th Cir.2003).

2. *See McCoy v. City of Shreveport*, 492 F.3d 551, 556–57 (5th Cir.2007).

Nancy C. Harrison, Esq., Houston, TX, for Defendant–Appellant.

Evaristo Rojas Guzman, Yazoo City, MS, pro se.

Before KING, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Evaristo Rojas Guzman has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Guzman has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Guzman's response. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.